IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARTIN DE JESUS ALVISURES-MEJIA,
Defendant.

CRIMINAL No. 25-036 (RAM)

**SENTENCING MEMORANDUM**

TO THE HONORABLE COURT

Martin left Guatemala many years ago when he was still very young. He looked for ways to earn a better living since his living conditions were very difficult at home. Throughout the years he worked hard and learned new skills.

**A. Martin's family poverty situation has not changed much since he left it at the age of 14.**

Martin was born in extreme poverty in a big family. He was the middle child of 11 children born to Soila and Joaquin. They lived in a rural area named "Aldea los Tecomates" and their home was made of wood with a zinc roof. By the time that he was six years old, their home was destroyed by the 1976 earthquake in Guatemala. Internet news describes that the earthquake, with a 7.5 magnitude, left 1.2 million people homeless and destroyed over a quarter of a million houses. That is half of the population in the area affected by the earthquake was left homeless.

Martin's family could not reconstruct their home for at least a year and they lived under tents for a long time. Martin joined the family work chores when he was 8 years old. The routine was

1

the same every day. They wake up at 5:00 A.M. and head for the fields in a plot of land that his father rented. They sow and cultivate vegetables, potatoes, corn, beans, root vegetables, among other things. The family income depended on selling their crops. Most of the time the only source for their food also came from their crops. For dinner they would have some vegetables, black beans and corn tortilla. Chicken was part of dinner on occasions but not regularly.

Martin did not experience much of the schooling since he started when he was 10 years old. His father's priority was for everyone to work in the fields to sell their crops. Martin did not find anything appealing about the school that would make him want to stay disregarding his father's priority and wishes. More so, having a father that exercised discipline



with violent physical force and who was an alcoholic was physically abusive with his wife and children. There was no love and he left when he was 14 years old.



Soila still lives in a rural area and her home shows the poverty that a lot of people endure in Guatemala.

**B.  Martin was still a child looking for a way out**.

After his father rejected him again and showed that he did not care after Martin had an accident in which he cut his legs, Martin felt there was no other choice but to make a life for himself. He left his home at the age of 14. He ended with friends for a while but ended in the streets and worked up in Mexico. He stayed with another friend and worked selling and delivering sugar to businesses. He stayed for 2 years and went back to Guatemala. He sent part of his

earnings to his mother and brought some of his earnings and provided them to his family when he returned to Guatemala. He went back and forth between Mexico and Guatemala on several occasions.

By the time he was 17 years old, he had a relationship with a neighbor and she got pregnant. Although he wanted to formalize the relationship and register his son, his girlfriend's family refused. Martin left Guatemala again and continued sending money to his home and to his son. Martin was able to see his son two years after his birth and for a while kept a long-distance relationship with the mother of his child and his son. Eventually, as Martin relocated to the United States the communications were lost and they lost contact. But he knows that he is a grandfather.

**C.  Martin relocated to the United States and lived here for more than 30 years.**

Searching for better opportunities he entered the United States but did not have any documentation to be able to stay. After he was granted parole into the United States and ordered to present himself to an Immigration court, he relocated to New Jersey with other individuals who he was arrested with after they attempted the cross the United States border. He found a job in a factory and was able to secure a place to live. He made friends but most of the he was dedicated to his work.

When he was 25 years old, he was offered to come to Puerto Rico and work for a friend's family business. He obtained the documents from them and was able to travel and relocate to Puerto Rico in 1995. He stayed with them in Ponce and worked for them for three years. Martin acquired construction skills by landing jobs as an apprentice after he and the business owners parted ways. Since then, Martin has worked in construction for approximately 28 years.

3

**D. Martin made his own family in Puerto Rico**

Martin formed his first family with Carmen. She worked in a hardware store with her uncle and had two children who were 7 and 8 years old when they met. They moved together and he provided for the children's needs. During the 10-year relationship, Martin worked hard and even extra hours to provide a better life for them even though he was not their biological father. He helped by getting them to school and other matters in addition to the financial support. He also motivated them to continue their studies. They went to the University and landed careers eventually. Although the relationship ended due to his long hours of work, he is satisfied that he was able to provide and care for the children in a way that he was not provided for when he was their age.



Martin met Katherine four years ago and they started a consensual relationship. They had their ups and down because there was some abuse of alcohol and drugs in the mix that Katherine did not tolerate and they separated just before the arrest. But forgiveness is an act of kindness that can transform bad situations into good ones. After Martin's arrest, she accepted him back and their relationship changed for the better. They now have a better understanding and communication. Martin stopped abusing alcohol and barely used drugs until recently. Their love for each other, appreciation for the other and their common love for rescued animals grew into a better relationship. It is hard for Martin to separate from this life and he knows that it is the consequence of his action.

4

In addition, to his romantic relationships he cultivated good friends and dedicated time to helping others. Before hurricane Maria, he had a group of peers that were friends and worked in construction. Martin and his friends formed a group that started reconstructions to homes that belonged to elders in Caguas and Ponce who had no one to help them. After hurricane Maria, the same group donated their free time to repair electrical lines in areas and communities where the government help was not reaching.

**E. Martin regrets his wrongdoing and has demonstrated his repentance by working hard in his rehabilitation.**

Martin continued working hard in construction during the time he was granted bond. As stated in the report, he has complied with his conditions except for one mistake. In addition, he has demonstrated with his past actions that he has the skills to reintegrate into society productively. Before hurricane Maria, he had a group of peers that were friends and worked in construction. Martin and his friends formed a group that started reconstructions to homes that belonged to elders in Caguas and Ponce who had no one to help them. After hurricane Maria, the same group donated their free time to repair electrical lines in areas and communities where the government help was not reaching.

After his arrest he also demonstrated commitment to his rehabilitation. Martin participated in the FPD-PR Reentry Program. The FPD-PR Reentry Program is poised to continue focusing on the pretrial and detention stage of the person who is waiting to be sentenced. The same is to provide services to promote stability-reduction of future contacts with the criminal justice system, assist clients and their families ahead of sentencing

proceedings, and supply them with tools that encourage positive change and proper



performance in the community. The program's focus and courses are geared towards preparing and providing tools in the different areas of human development: mental health, social aspects, roles and family relationships, financial, employment, personality development, acceptance, spirituality, among others. Each class was carefully selected considering the components of the rehabilitation of the person under the



vision of the FPD Office by recognizing, valuing and promoting the dignity, self-worth, protection, and respect of the person. I am proud of Martin's participation and getting to the finish line obtaining a certificate of graduation from the program.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and sentence Mr. Alvisures for the time he has already served.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system that will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 30th day of September 2025.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

*S/CORAL RODRÍGUEZ*
Carmen Coral Rodríguez-Morales
Assistant Federal Public Defender
USDC PR224808
241 F.D. Roosevelt Avenue
San Juan, PR    00918-2305
Phone No. (787) 281-4922
coral_codriguez@fd.org